# Office of the Sheriff



Mary Jane Snyder
*Real Estate Deputy*

William T. Tully
*Solicitor*

Charles E. Sheaffer
*Chief Deputy*

Michael W. Rinehart
*Assistant Chief Deputy*

Dauphin County
Harrisburg, Pennsylvania 17101
ph: (717) 780-6590 fax: (717) 255-2889

Jack Lotwick
*Sheriff*

**Commonwealth of Pennsylvania**      :      JOHN & MARIA BELLANTONI
                                                                          VS
**County of Dauphin**                         :      CHAMPION CARRIER CORP.

Sheriff's Return
No. 2008-T-0640
OTHER COUNTY NO. 08CV2407

And now: MARCH 24, 2008 at 11:55:00 AM served the within SUMMONS IN CIVIL CASE & COMPLAINT upon CHAMPION CARRIER CORP. by personally handing to JENNIFER MARKS 1 true attested copy of the original SUMMONS IN CIVIL CASE & COMPLAINT and making known to him/her the contents thereof at NATIONAL REGISTERED AGENTS INC. 600 NORTH 2ND STREET HARRISBURG PA 17101

AGENT

Sworn and subscribed to
before me this 24TH day of March, 2008

*[signature: Mary Jane Snyder]*

NOTARIAL SEAL
MARY JANE SNYDER, Notary Public
Highspire, Dauphin County
My Commission Expires Sept 1, 2010

So Answers,

*[signature: J R Lotwick]*
Sheriff of Dauphin County, Pa.
By *[signature: Stephen Wevodau]*
Deputy Sheriff
Deputy: S WEVODAU
Sheriff's Costs: $29.25  3/21/2008