UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A BELLANTONI and MARIA T. BELLANTONI, His Wife,

Plaintiff(s)

against

GENERAL MOTORS CORPORATION and CHAMPION CARRIER CORP.,

Defendant(s)

Case No.: 08 CV 2407 (CLB)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

STATE OF ~~NEW YORK~~ **MICHIGAN**, COUNTY OF **OAKLAND**  SS:  The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at

That on **3/19/2008** at **10:45** AM., at **30600 Telegraph Road, Suite 2345, Bingham Farms, MI 48025** deponent served the within summons, and complaint on **GENERAL MOTORS CORPORATION** defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☒ a **General Motors** corporation, by delivering thereat a true copy of each to **Corp. Co. (Stephanie Hendrickson)** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be **Reg. Agent** thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4  5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at                and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4  5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at                in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
- ☐ Male  ☒ Female
- ☒ White Skin  ☐ Black Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  ☒ Brown Hair  ☐ Blonde Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard  ☐ Glasses
- ☐ 14-20 Yrs.  ☒ 21-35 Yrs.  ☐ 36-50 Yrs.  ☐ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☒ 5'0"-5'3"  ☐ 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☒ 100-130 Lbs.  ☐ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL Ct.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **3/24/2008**

MAUREEN V. HOWALD
NOTARY PUBLIC-STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires AUG. 9, 2011
Acting in the County of Oakland

Al D'Angelo
Special Deputy
Oakland County Sheriff's Office

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inapplicable italicized language and military service allegation if not applicable.