Form 10 SECRETARY OF STATE - 306

**JONATHAN RICE, ESQ.**
ATTN:

| | | |
|---|---|---|
| U.S. SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

JOHN A BELLANTONI, ETANO          plaintiff

Index No. **08 CV2407CLB**

Date Filed ............

- against -

Office No.

GENERAL MOTORS CORPORATION, ETANO    defendant

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
**21st   of March,  2008 at   10:15 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND VERIFIED COMPLAINT**
UPON: **GENERAL MOTORS CORPORATION**
the **DEFENDANT** in this action, by delivering to and leaving with
   **DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLONDE** |
|---|---|---|
| APP. AGE: **35** | APP. HT: **5:5** | APP. WT: **130** |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
26th  DAY OF  March, 2008sr

BRETT GOLUB
Notary Public, State of New York
   No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JR1118136