CASE NO: 2008-26635 T

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF Mercer

BELLANTONI JOHN A ET AL

       VS

CHAMPION CARRIER CORP

RICHARD SCHENKER, Deputy Sheriff of Mercer County, Pennsylvania, who being duly sworn according to law, says, the within SUMMONS was served upon CHAMPION CARRIER CORP the DEFENDANT, at 1055:00 Hour, on the 18th day of March, 2008 at 2755 KIRILA BLVD HERMITAGE, PA 16148 by handing to HELEN KEAR OFFICE MANAGER a true and attested copy of SUMMONS together with AND COMPLAINT

and at the same time directing Her attention to the contents thereof.

Sheriff's Costs:
  Docketing    9.00
  Service      9.00
  mileage     12.00
  notary      5.00
             .00
           35.00

So Answers:
William H. Romine Jr,
William H Romine Jr, Sheriff
By _____
Deputy Sheriff
00/00/0000

Sworn and Subscribed to before me this 27th day of March 2008 A.D.

Mary L. Wilson
Notary

NOTARIAL SEAL
MARY L WILSON, NOTARY PUBLIC
MERCER, MERCER COUNTY, PENNA.
MY COMMISSION EXPIRES ON MARCH 18, 2011