UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A BELLANTONI and MARIA T. BELLANTONI, His Wife,

                    Plaintiffs,

-against-

GENERAL MOTORS CORPORATION and CHAMPTION CARRIER CORP.,

                    Defendants.

08-CV-2407

Honorable C.L. Brieant

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for General Motors Corporation, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Petitioner General Motors Corporation has no parent corporations. The following publicly held company beneficially owns more than 10% of General Motors Corporation's stock:

    State Street Bank & Trust Company[1]

Dated: April 8, 2008

                                      LeClairRyan
                                      Counsel for General Motors Corporation

                                      By_____
                                          Robyn M. Gnudi

                                      Two Penn Plaza East
                                      Newark, New Jersey 07105
                                      Phone: (973) 491-3600
                                      Fax: (973) 491-3555
                                      830 Third Avenue, Fifth Floor
                                      New York, New York 10022
                                      Phone: (212) 430-8020
                                      Fax: (212) 430-8079

---

[1] Acting in various fiduciary capacities for various employee benefit plans

4221959-1

And

Brian K. Telfair (*pro hac vice* admission pending)
Antoinette N. Morgan (*pro hac vice* admission pending)
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th floor
Richmond, Virginia  23219
(804) 783-2003
(804) 783-2294 (facsimile)

And

Brian K. Telfair (*pro hac vice* admission pending)
Antoinette N. Morgan (*pro hac vice* admission pending)
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th floor
Richmond, Virginia  23219
(804) 783-2003
(804) 783-2294 (facsimile)

Counsel for General Motors Corporation

4221959-1