UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN A. BELLANTONI and MARIA T.
BELLANTONI, His Wife

           Plaintiffs,

- against -

GENERAL MOTORS CORPORATION and
CHAMPION CARRIER CORP.,

           Defendants.
----------------------------------------------------------X

ECF CASE
Docket No.: 08 -CV 2407 (CLB)
NOTICE OF APPEARANCE

SIRS:

    **PLEASE TAKE NOTICE**, that the defendant, CHAMPION CARRIER CORP., hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that a copy of the Complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

DATED:    April 24, 2008
               White Plains, New York

Yours, etc.

**O'CONNOR REDD, LLP**

By: _____
JOSEPH T. REDD (JTR3658)
Attorneys for Defendant
CHAMPION CARRIER CORP.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700

TO:    JONATHAN RICE, ESQ.
        Attorney for Plaintiffs
        JOHN A. BELLANTONI and
        MARIA T. BELLANTONI, His Wife
        247 West 35th Street, 12th Floor
        New York, New York 10001

        GENERAL MOTORS CORPORATION
        The Detroit Renaissance Center
        Detroit, MI 48243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOHN A. BELLANTONI and MARIA T.
BELLANTONI, His Wife

              Plaintiffs,

- against -

GENERAL MOTORS CORPORATION and
CHAMPION CARRIER CORP.,

              Defendants.
---------------------------------------------------------X

Docket No.: 08 -CV 2407 (CLB)
**ECF CASE**
<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF WESTCHESTER  )

    **DONNA PAOLICELLI**, being duly sworn, deposes and says that she is over the age of 18 years, that she is not a party to the above-entitled action, and that on April 24, 2008, she served the within **NOTICE OF APPEARANCE** on the following attorney(s), in the following place(s) and in the following manner:

TO:    JONATHAN RICE, ESQ.
        Attorney for Plaintiffs
        JOHN A. BELLANTONI and
        MARIA T. BELLANTONI, His Wife
        247 West 35th Street, 12th Floor
        New York, New York 10001

        GENERAL MOTORS CORPORATION
        The Detroit Renaissance Center
        Detroit, MI 48243

by depositing a copy of same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States, directed to said attorney(s), respectively, at said address(es) within the State designated for that purpose upon the last papers served in this action or the place where the above then kept offices, according to the best information which can be conveniently obtained.

                                                      */s/ Donna Paolicelli*
                                                      **DONNA PAOLICELLI**

Sworn to before me
April 24, 2008

*/s/ Loretta Valletta*  LORETTA VALLETTA
NOTARY PUBLIC        NOTARY PUBLIC STATE OF NEW YORK
                              NO. 01-VA6092378
                              QUALIFIED IN WESTCHESTER COUNTY
                              COMMISSION EXPIRES MAY 19, 20__