UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A BELLANTONI and MARIA T.
BELLANTONI, His Wife,

                       Plaintiffs,

      -against-

GENERAL MOTORS CORPORATION and
CHAMPTION CARRIER CORP.,

                       Defendants.

08-CV-2407

Honorable C.L. Brieant

---

## NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robyn M. Gnudi, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    BRIAN K. TELFAIR
    LeClairRyan, A Professional Corporation
    951 E. Byrd Street, 8th Floor
    Richmond, Virginia  23219
    (804) 783-7539; (804) 783-7639 (facsimile)

BRIAN K. TELFAIR is a member in good standing of the Bar of the State of Virginia

---

There are no pending disciplinary proceedings against BRIAN K. TELFAIR
in any State or Federal court.

Dated: April ___, 2008
     New York, New York

                                Robyn M. Gnudi
                                LeClairRyan
                                Attorneys for General Motors Corporation
                                830 Third Avenue, Fifth Floor
                                New York, New York 10022
                                Phone: (212) 430-8020
                                Fax: (212) 430-8079

4217422-1

And

Brian K. Telfair (*pro hac vice* admission pending)
Antoinette N. Morgan (*pro hac vice* admission pending)
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th floor
Richmond, Virginia 23219
(804) 783-2003
(804) 783-2294 (facsimile)

Counsel for General Motors Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A BELLANTONI and MARIA T.
BELLANTONI, His Wife,

                          Plaintiffs,

         -against-                                            08-CV-2407

                                                             Honorable C.L. Brieant
GENERAL MOTORS CORPORATION and
CHAMPTION CARRIER CORP.,

                          Defendants.

_____

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Robyn M. Gnudi, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

          ANTOINETTE N. MORGAN
          LeClairRyan, A Professional Corporation
          951 E. Byrd Street, 8th Floor
          Richmond, Virginia  23219
          (804) 783-7544; (804) 783-7644 (facsimile)

ANTOINETTE N. MORGAN is a member in good standing of the Bar of the State of Virginia

There are no pending disciplinary proceedings against ANTOINETTE N. MORGAN
in any State or Federal court.

Dated: April ___, 2008
          New York, New York


                                        _____
                                        Robyn M. Gnudi
                                        LeClairRyan
                                        Attorneys for General Motors Corporation
                                        830 Third Avenue, Fifth Floor
                                        New York, New York 10022
                                        Phone: (212) 430-8020
                                        Fax: (212) 430-8079

4217435-1

And

Brian K. Telfair (*pro hac vice* admission pending)
Antoinette N. Morgan (*pro hac vice* admission pending)
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th floor
Richmond, Virginia 23219
(804) 783-2003
(804) 783-2294 (facsimile)

Counsel for General Motors Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————

JOHN A BELLANTONI and MARIA T.
BELLANTONI, His Wife,

                         Plaintiffs,

      -against-

GENERAL MOTORS CORPORATION and
CHAMPTION CARRIER CORP.,

                         Defendants.

———————————————————

08-CV-2407

Honorable C.L. Brieant

AFFIDAVIT OF ROBYN M. GNUDI IN SUPPORT OF MOTION
TO ADMIT COUNSEL PRO HAC VICE

State of New York      )
                       ) ss:
County of New York  )

Robyn M. Gnudi, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney at LeClairRyan, A Professional Corporation, counsel for Defendant

        General Motors Corporation in the above captioned action.  I am familiar with the

        proceedings in this case.  I make this statement based on my personal knowledge of the

        facts set forth herein and in support of Defendant General Motors Corporation's motion to

        admit Antoinette N. Morgan and Brian K. Telfair as counsel pro hac vice to represent

        Defendant General Motors Corporation in this matter.

2.      I am a member in good standing of the bar of the State of New York and was admitted to

        practice law in 1989.  I am also admitted to the bar of New Jersey and am in good

        standing with this Court.

3.      I have known Antoinette N. Morgan since January 1, 2008.

4.      I have known Brian K. Telfair since January 1, 2008.

4217386-1

# *CERTIFICATE OF GOOD STANDING*

UNITED STATES OF AMERICA      )
                                         )
                                         ) ss.
                                         )

EASTERN DISTRICT OF VIRGINIA      )

       I, **FERNANDO GALINDO,** Clerk of the United States District Court for the

Eastern District of Virginia, Richmond Division,

       **DO HEREBY CERTIFY** that   **Antoinette Novella Morgan**  , ID #73235,

was duly admitted to practice in said Court on   **March 17, 2008**   and is in good

standing as a member of the bar of said Court.

                                 **FERNANDO GALINDO, CLERK**

                                 **By:** _____

                                           **Deputy Clerk**

Dated at Richmond, Virginia
on     **April 14, 2008**     .

# *CERTIFICATE OF GOOD STANDING*

UNITED STATES OF AMERICA    )
                                  )
                                  ) ss.
                                  )

EASTERN DISTRICT OF VIRGINIA    )

       I, FERNANDO GALINDO, Clerk of the United States District Court for the

Eastern District of Virginia, Richmond Division,

       DO HEREBY CERTIFY that    __Brian K. Telfair__   , ID #40516, was duly

admitted to practice in said Court on   __April 7, 1997__   and is in good standing as a

member of the bar of said Court.

                             FERNANDO GALINDO, CLERK

                        By: _____

                                    **Deputy Clerk**

Dated at Richmond, Virginia
on     __April 14, 2008__    .

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A BELLANTONI and MARIA T.
BELLANTONI, His Wife,

                    Plaintiffs,

          -against-                                        08-CV-2407

                                                          Honorable C.L. Brieant
GENERAL MOTORS CORPORATION and
CHAMPTION CARRIER CORP.,

                    Defendants.

_____

### ORDER FOR *PRO HAC VICE* ADMISSION OF ANTOINETTE N. MORGAN

Upon the motion of Robyn M. Gnudi, attorney for Defendant General Motors Corporation and
said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

          ANTOINETTE N. MORGAN
          LeClairRyan
          951 E. Byrd Street, 8th Floor
          Richmond, Virginia  23219
          (804) 783-7544
          (804) 783-7644 (facsimile)
          antoinette.morgan@leclairryan.com

is admitted to practice pro hac vice as counsel for Defendant General Motors Corporation in the
above captioned case in the United States District Court for the Southern District of New York.
All attorneys appearing before this Court are subject to the Local Rules of this Court, including
the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case
Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.
Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:


                                        _____
                                        Honorable Charles L. Brieant, U.S.D.J.

4217441-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JOHN A BELLANTONI and MARIA T.
BELLANTONI, His Wife,

                    Plaintiffs,                          08-CV-2407

          -against-
                                                         Honorable C.L. Brieant

GENERAL MOTORS CORPORATION and
CHAMPTION CARRIER CORP.,

                    Defendants.
_____

## CERTIFICATE OF SERVICE

State of New York    )
                     ) ss:
County of New York   )

    I hereby certify that on the date set forth herein below I caused a true copy of the within

Notice of Motion to Admit Counsel *Pro Hac Vice* to be mailed by United States Mail postage

pre-paid to counsel as follows:

        Jonathan Rice, Esq.
        247 West 35th Street, 12th Floor
        New York, NY 10001
        Attorneys for Plaintiffs

    I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 10, 2008

                                  _____
                                  Robyn M. Gnudi
                                  LeClairRyan
                                  Attorneys for General Motors Corporation
                                  830 Third Avenue, Fifth Floor
                                  New York, New York 10022
                                  Phone: (212) 430-8020
                                  Fax: (212) 430-8079