UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN A BELLANTONI and MARIA T. BELLANTONI, His Wife,

                Plaintiffs,

-against-

GENERAL MOTORS CORPORATION and CHAMPION CARRIER CORP.,

                Defendants.

08-CV-2407

Honorable C.L. Brieant

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robyn M. Gnudi, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    ANTOINETTE N. MORGAN
    LeClairRyan, A Professional Corporation
    951 E. Byrd Street, 8th Floor
    Richmond, Virginia 23219
    (804) 783-7544; (804) 783-7644 (facsimile)

ANTOINETTE N. MORGAN is a member in good standing of the Bar of the State of Virginia

There are no pending disciplinary proceedings against ANTOINETTE N. MORGAN in any State or Federal court.

Dated: April 9, 2008
       New York, New York

_____
Robyn M. Gnudi
LECLAIRRYAN
Attorneys for General Motors Corporation
830 Third Avenue, Fifth Floor
New York, New York 10022
Phone: (212) 430-8020
Fax: (212) 430-8079

4217435-1