

## LECLAIRRYAN

April 25, 2008

**Via Facsimile**
Honorable Charles L. Brieant
300 Quarropas Street
White Plains, NY 10601
Attn: Deputy Clerk

**Re:  Bellantoni v. General Motors and Champion Carrier
Docket No. 08-CV 2407 (CLB)**

Dear Judge Brieant:

This firm represents Defendant General Motors Corporation with regard to the above matter. This will confirm that pursuant to my conversation with the Deputy Clerk, and with the consent of counsel, the Initial Conference is rescheduled from May 16, 2008 to May 9, 2008, at 9:45 a.m.

Thank you for your attention to this matter.

Respectfully submitted,

ROBYN M. GNUDI

RMG/lo

cc:   Jonathan Rice, Esq.
      Joseph T. Redd, Esq.

E-mail: robyn.gnudi@leclairryan.com
Direct Phone: 973.491.3373
Direct Fax: 973.491.3482

Two Penn Plaza East, Tenth Floor
Newark, New Jersey 07105
Phone: 973.491.3600 \ Fax: 973.491.3555

David C. Freinberg \ Attorney in charge, Newark office
LeClairRyan is a Virginia professional corporation

4260725-1

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM