UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BELLANTONI, et al.

                     Plaintiff,

      - against -

GENERAL MOTORS,
                    Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 2407 (CLB)(GAY)

The above entitled action is referred to the Hon. George A. Yanthis United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____
_____

\_\_\_ Settlement*

\_\_X\_ All Purposes

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: \_\_\_\_

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
          June 11, 2008

                                         *Charles L. Brieant*
                                         United States District Judge