UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN A. BELLANTONI and MARIA T.
BELLANTONI, His Wife

                Plaintiffs,

- against -

GENERAL MOTORS CORPORATION and
CHAMPION CARRIER CORP.,

                Defendants.
------------------------------------------------------------X

Docket No.: 08 -CV 2407 (CLB)
EFC CASE

**REQUEST FOR ADMISSIONS**

    **PLEASE TAKE NOTICE**, that pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant, **CHAMPION CARRIER CORP.**, by its attorneys, O'CONNOR REDD, LLP., hereby requests that co-defendant, GENERAL MOTORS CORPORATION admit or deny the truth of the following:

1. That the mirror assembly unit which was inspected on July 11, 2008, at the office of Jonathan Rice, attorney for plaintiff, was designed by GENERAL MOTORS CORP.

2. That the mirror assembly unit which was inspected on July 11, 2008, at the office of Jonathan Rice, attorney for plaintiff, was manufactured by GENERAL MOTORS CORP.

3. That the mirror assembly unit which was inspected on July 11, 2008, at the office of Jonathan Rice, attorney for plaintiff, was a standard piece of equipment to a GM 2005 Kodiak C5500 Duramax Diesel truck.

4. That the mirror assembly unit which was inspected on July 11, 2008, at the office of Jonathan Rice, attorney for plaintiff, was installed on to a GENERAL MOTORS CORP. manufactured vehicle with a Vehicle Identification Number (VIN) of 1GBE5C1285F512364 (the subject vehicle of this suit).

5. That the mirror assembly unit which was inspected on July 11, 2008, at the office of Jonathan Rice, attorney for plaintiff, was not substantially nor materially altered from the time it left the GENERAL MOTOR's plant to the time it was disconnected from the subject vehicle by Plaintiff, JOHN A. BELLANTONI.

**PLEASE TAKE FURTHER NOTICE** that your failure to comply with the foregoing within thirty (30) days will serve as an admission under Rule 36(a).

DATED:   August 1, 2008
         White Plains, NY

Yours, etc.

O'CONNOR REDD, LLP

By: _____
JOSEPH T. REDD (JTR-3658)
Attorneys for Defendant
CHAMPION CARRIER CORP.
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700

TO:  JONATHAN RICE
     Attorney for Plaintiffs
     JOHN and MARIA BELLANTONI
     247 West 35th Street, 12th Floor
     New York, New York 10001
     (212) 465-1890

     Robyn M. Gnudi
     LeClair Ryan, PC
     Attorneys for Defendant
     GENERAL MOTORS CORP.
     Two Penn Plaza East
     Newark, NJ 07105
     (973) 491-3373

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOHN A. BELLANTONI and
MARIA T. BELLANTONI, His Wife            AFFIDAVIT OF SERVICE

                Plaintiffs,

    - against -                                Docket No.: 08 -CV 2407 (CLB)
                                                              **ECF CASE**

GENERAL MOTORS CORPORATION and
CHAMPION CARRIER CORP.,

                Defendants.
-------------------------------------------------------X
STATE OF NEW YORK         )
                                   )ss.:
COUNTY OF WESTCHESTER )

    **RAMONA SMITH**, being duly sworn, deposes and says that she is over the age of 18 years, that she is not a party to the above-entitled action, and that on August 1, 2008, she served the within **REQUEST FOR ADMISSIONS** on the following attorney(s), in the following place(s) and in the following manner:

TO:    Jonathan Rice
          Attorney for Plaintiffs
          JOHN A. BELLANTONI and
          MARIA T. BELLANTONI, His Wife
          247 West 35th Street, 12th Floor
          New York, New York 10001

          Robyn M. Gnudi
          LeClair Ryan, PC
          Attorneys for Defendant
          GENERAL MOTORS CORP.
          Two Penn Plaza East
          Newark, NJ 07105
          (973) 491-3373

by depositing a copy of same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States, directed to said attorney(s), respectively, at said address(es) within the State designated for that purpose upon the last papers served in this action or the place where the above then kept offices, according to the best information which can be conveniently obtained.

                                                                  _____
                                                                        RAMONA SMITH

Sworn to before me
August 1, 2008

_____
NOTARY PUBLIC

                     **KEVIN PAGE**
           Notary Public, State of New York
                  No. 02PA6188003
          Qualified in Westchester County
         Commission Expires June 2, 20___