UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOHN A. BELLANTONI and MARIA T.
BELLANTONI, his wife,  :

                Plaintiffs,  :

         -against-  :  ORDER ADOPTING
                                                       REPORT AND RECOMMENDATION

GENERAL MOTORS CORP. and  :
CHAMPION CARRIER CORP.,        08-CV-2407 (CS) (GAY)

                Defendants.  :
-------------------------------------------------------x

Seibel, J.

      Before the Court is the Report and Recommendation of Magistrate Judge George A. Yanthis, dated May 3, 2012 (the "R&R"). (Doc. 47.) Judge Yanthis recommends that the motion for summary judgment of Defendant Champion Carrier Corp., (Doc. 37), be granted. No objections to the R&R have been filed, and accordingly I review the R&R for clear error. Finding none, I hereby adopt the R&R as the decision of the Court.

      The Clerk of Court is respectfully directed to terminate the pending motion, (Doc. 37), and terminate Defendant Champion Carrier Corp. as a Defendant.

Dated: May 29, 2012
       White Plains, New York

                                                                     _____
                                                                     CATHY SEIBEL, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/12
```